Peter C. McKittrick, OSB #85281
PMcKittrick@mckittrickinc.com
515 NW Saltzman Road, PMB 917
Portland, OR 97229
Telephone: (503) 616-4979
Facsimile: (503) 961-8180

    Receiver

Tara J. Schleicher, OSB #95402
TSchleicher@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

    Attorney for Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAC EQUITIES, INC., doing business by and through various entities including but not limited to Rich Asset Management (R.A.M.) LLC, R.A.M. Airport LLC, R.A.M. Arizona Homes West LLC, Corporate Park Place LLC, R.A.M. Paul's Dairy LLC, R.A.M. Pinnacle Point LLC, R.A.M. Southview Properties LLC, R.A.M. White Salmon Subway LLC and Olympic Resort at G. H. LLC,<br><br>    Defendants. | Case No. CR 05-60142-HO<br><br>**[PROPOSED] ORDER APPROVING SALE OF GRAY'S HARBOR 15-ACRE PROPERTY** |

This matter came before the Court upon Peter C. McKittrick's (the "Receiver's") Motion for Order Approving Sale of Gray's Harbor 15-Acre Property (the "Motion"). The

Page 1 - [PROPOSED] ORDER APPROVING SALE OF GRAY'S HARBOR 15-ACRE PROPERTY

Court, having considered the Notice of Intent to Sell (Docket No. 429), the Motion, and the Declaration of Tara J. Schleicher of Non-Receipt of Objections, it is hereby

**ORDERED** that the Receiver is authorized to sell the Gray's Harbor 15-Acre Property to the Quinault Indian Nation free and clear of liens for the purchase price of $200,000.00 and on the terms set forth in the Motion.

DATED: __Nov 2__, 2014.

_____
United States District Judge

Submitted By:

/s/ Tara J. Schleicher
Tara J. Schleicher, OSB #954021
TSchleicher@fwwlaw.com
Phone: (503) 228-6044
Of Attorneys for Receiver

Page 2 - [PROPOSED] ORDER APPROVING SALE OF GRAY'S HARBOR 15-ACRE PROPERTY